## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) |
|  | ) |
| v. | )  Case No: 13-cr-36 RCL |
|  | ) |
| RODNEY JOHNSON | ) |
|  | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

### ORDER

Without objection, the Court hereby **ADOPTS** the Report and Recommendation of Magistrate Judge Harvey.

Defendant's use of medical marijuana is a violation of federal law. Defendants under federal supervision are prohibited from using medical marijuana even if that use is in compliance with D.C. law or the law of any other state.

The Court agrees, however, that in this case the defendant's use was not a willful violation of his supervised release, and therefore defendant's term of supervised release shall not be revoked.

Moreover, the Court agrees with Magistrate Judge Harvey that the conduct of the defendant and the interests of justice lead to the conclusion in this case that the motion for early termination of supervision as successful shall be, and hereby is, **GRANTED**.

It is **SO ORDERED**.

Date: January 6, 2017

_____
Royce C. Lamberth
United States District Judge